| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Erwin, Shon T. | 2. Court or Organization Western District of Oklahoma | 3. Date of Report 05/05/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge (part-time) | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

Federal Bldg-U.S. Courthouse
410 South 5th Street
Lawton, OK 73501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President & Sharholder | Godlove, Mayhall, Dzialo, Dutcher & Erwin, P.C. |
| 2. | Partner | 802 Partnership, an Oklahoma general partnership |
| 3. | President & Shareholder | Impervious Title Co. |
| 4. | Partner | Wilson-Erwin Properties, an Oklahoma general partnership |
| 5. | Partner | Erwin Development Co., an Oklahoma general partnership |
| 6. | Member/Manager | Saint Emilion, an Oklahoma limited liability company |
| 7. | Trustee/and President-Elect | Oklahoma Bar Foundation |
| 8. | Fellow | American Bar Foundation |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erwin, Shon T. | 05/05/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Godlove, Mayhall, Dzialo, Dutcher & Erwin, P.C. (private law practice) | $58,810.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oklahoma Bar Foundation | 03/09/11 through 03/12/11 | Chicago, IL | American Bar Association, Bar Leadership Institute | Transportation, Lodging, Meals and Registration Fee |
| 2. | Oklahoma Bar Foundation | 08/03/11 through 08/07/11 | Toronto, ON, Canada | American Bar Association, Annual Meeting | Transportation, Lodging, Meals and Registration Fee |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erwin, Shon T. | 05/05/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Arvest Bank | 802 Partnership, real estate loan | M |
| 2. | Arvest Bank | Law Firm Line of Credit | K |
| 3. | Capial One Bank (USA), N.A. | Revolving Credit Account | K |
| 4. | USAA Savings Bank | Revolving Credit Account | J |
| 5. | U.S. Department of Education | Student Loan (Y) | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Erwin, Shon T. | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Godlove, Mayhall et al, P.C. (20% shareholder) | A | Dividend | K | W | | | | | |
| 2. 802 Partnership, real estate ptnrship (20% int.) Lawton, OK | D | Rent | K | W | | | | | |
| 3. Real Estate 1/3 interest in ▮▮▮▮ Lawton, OK | A | Rent | | | Sold | 09/30/11 | K | E | Keith W. Erwin |
| 4. Erwin Development Co. (20% interest) Lawton, OK | A | Rent | L | W | | | | | |
| 5. Wilson-Erwin Properties (1/12 interest) Lawton, OK | B | Rent | K | W | | | | | |
| 6. International Bank of Commerce | A | Interest | J | T | | | | | |
| 7. Arvest Bank | A | Interest | J | T | | | | | |
| 8. Etrade Money Market Account | A | Dividend | J | T | | | | | |
| 9. Real Estate, Lawton, OK subject to lease (1/8 interest) | D | Rent | L | W | | | | | |
| 10. Verisign, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 11. Wells-Fargo Advisors fda Wachovia Mortgage FSB | A | Int./Div. | J | T | | | | | |
| 12. Etrade Bank Complete Savings Account | A | Interest | J | T | | | | | |
| 13. F (common stock) | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erwin, Shon T. | 05/05/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shon T. Erwin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544